ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  5:26-mj-00008-CDB |
|---|---|
| Plaintiff, | ORDER TO SEAL CASE |
| v. | |
| JON MARTINEZ, | |
| Defendant. | |

Upon application of the United States and good cause having been shown, the complaint, arrest warrant, and all other supporting documents in this case shall be sealed and shall not be disclosed to any person unless otherwise ordered by this Court.

IT IS SO ORDERED.

Dated:  February 9, 2026

_____
HON. CHRISTOPHER D. BAKER
UNITED STATES MAGISTRATE JUDGE