ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>JON MARTINEZ,<br><br>                    Defendant. | CASE NO. 5:26-mj-00008-CDB<br><br>ORDER TO UNSEAL CASE<br><br>(Doc. 5) |

Good cause appearing due to Defendant's arrest and pending initial appearance, it is ordered on the motion of the United States of America that the Complaint and all other filings be unsealed.

IT IS SO ORDERED.

Dated:   **February 26, 2026**          _____
                                                          UNITED STATES MAGISTRATE JUDGE