ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>JON MARTINEZ,<br><br>Defendant. | Case No. 5:26-mj-00008-CDB<br><br>STIPULATION TO CONTINUE PRELIMINARY HEARING |

The defendant, Jon Martinez, made his initial appearance in this case on February 27, 2026.  His preliminary hearing is scheduled for March 12, 2026.  The parties now agree that Mr. Martinez's preliminary hearing may be continued until June 12, 2026, at 2:30 p.m., before the Honorable Christopher D. Baker, to accommodate counsel's trial schedule and so that Mr. Martinez and his counsel may have time to review the discovery and consider a pre-indictment resolution of this case.

///

///

The parties also agree that time shall be excluded from March 5, 2026, through June 12, 2026, for purposes of continuity of defense counsel and defense preparation pursuant to Fed. R. Crim. P. 5.1(d) and 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated:  March 5, 2026

/s/ Kara Ottervanger
Kara Ottervanger
Counsel for Jon Martinez

Dated:  March 5, 2026

/s/ Joseph Barton
Joseph Barton
Assistant United States Attorney

## ORDER ON STIPULATION

Upon the parties' stipulation, and for good cause shown, the preliminary hearing that is scheduled for March 12, 2026, is continued until June 12, 2026, at 2:30 p.m., before the Honorable Christopher D. Baker.  Time shall be excluded from calculation under 18 U.S.C. § 3161 *nunc pro tunc* beginning March 5, 2026, through June 26, 2026, for purposes of continuity of defense counsel and defense preparation pursuant to Fed. R. Crim. P. 5.1(d) and 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).  For the reasons set forth in the parties' stipulation, the undersigned finds the ends of justice served by taking such action outweigh the best interest of the public and Defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  **March 9, 2026**

UNITED STATES MAGISTRATE JUDGE