HEATHER E. WILLIAMS, Bar #122664
Federal Defender
KARA R. OTTERVANGER, CA Bar #354424
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559.487.5561/Fax: 559.487.5950

Attorney for Defendant
JON MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  5:26-mj-00008-CDB-1 |
| *Plaintiff,* | **STIPULATION TO CONTINUE PRELIMINARY HEARING; [PROPOSED] ORDER** |
| vs. | |
| JON MARTINEZ, | |
| *Defendant.* | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant Federal Defender Kara R. Ottervanger, counsel for defendant Jon P. Martinez, that the preliminary hearing currently scheduled for June 12, 2026, may be continued to June 18, 2026.

On February 27, 2026, Mr. Martinez appeared before this Court for his initial appearance on a criminal complaint. At that time, a preliminary hearing was scheduled for March 13, 2026. On March 4, 2026, a detention hearing was held and Mr. Martienz was released on a $2,000 bond and various pretrial conditions. At that time, the parties advised the Court they intended to file a stipulation to extend the preliminary hearing.

On March 5, 2026, the parties filed a stipulation requesting that the preliminary hearing be continued to June 12, 2026, to accommodate counsel's trial schedule and to allow Mr. Martinez and his counsel to review discovery and consider a pre-indictment resolution. Since that time, a

Marinez Stip continue prelim                    -1-

significant amount of additional discovery has been produced and the parties have been actively engaged in negotiations to resolve the matter pre-indictment.

The parties now agree that Mr. Martinez's preliminary hearing may be continued to June 18, 2026, at 2:30 p.m. before the Honorable Christopher D. Baker, to accommodate the Court's calendar, to allow Mr. Martinez and his counsel time to review additional forthcoming discovery, as well as to provide the parties additional time to find a pre-indictment resolution.

The parties also agree that time shall be excluded from June 12, 2026, through June 18, 2026, for purposes of continuity of defense counsel and defense preparation pursuant to Fed. R. Crim. P. 5.1(d) and 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated:  May 22, 2026

/s/ *Kara R. Ottervanger*
KARA R. OTTERVANGER
Assistant Federal Defender
Attorney for Defendant
JON MARTINEZ

Dated:  May 22, 2026

/s/ *Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney

## **ORDER ON STIPULATION**

Upon the parties' stipulation, and for good cause shown, the preliminary hearing that is scheduled for June 12, 2026, is continued until June 18, 2026, at 2:30 p.m., before the Honorable Christopher D. Baker. Time shall be excluded from calculation under 18 U.S.C. § 3161 beginning June 12, 2026, through June 18, 2026, for purposes of continuity of defense counsel and defense preparation pursuant to Fed. R. Crim. P. 5.1(d) and 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv). For the reasons set forth in the parties' stipulation, the undersigned finds the ends of justice served by taking such action outweigh the best interest of the public and Defendant in a speedy trial

IT IS SO ORDERED.

Dated:  **May 22, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

Marinez Stip continue prelim                    -2-